IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BETTY AGEE,** Individually and as Representative of the Estate of **RICHARD L. AGEE;** *et al.,*   )<br>)<br>)<br>) | |
| **PLAINTIFFS,**   ) | CIVIL ACTION NO. |
| )<br>) | 06-668 |
| **V.**   )<br>) | **JURY TRIAL DEMANDED** |
| **A.W. CHESTERTON,** *et al.,*   )<br>) | |
| **DEFENDANTS.**   ) | |

**VOLUNTARY DISMISSAL OF DEFENDANT, U.C. REALTY CORPORATION,** Formerly **MHC HOLDING AND LAND CORPORATION,** Formerly **HOMECRAFTERS CENTERS, INC,** Formerly **MOORE-HANDLEY, INC.**

Plaintiff, by and through his counsel hereby voluntarily dismisses defendant U.C. REALTY CORPORATION, Formerly MHC HOLDING AND LAND CORPORATION, Formerly HOMECRAFTERS CENTERS, INC, Formerly MOORE-HANDLEY, INC. from the above styled case, with each party to pay its own costs.

                                           **JACOBS & CRUMPLAR, P.A.**

By:   */s/ Robert Jacobs, Esquire*
        Robert Jacobs, Esquire (ID No. 0244)
        2 East 7th Street, P.O. Box 1271
        Wilmington, DE 19899
        Telephone: (302) 656-5445
        *Attorney for Plaintiff*

Date: November 7, 2006
S:\wp70\Asbestos Case Folders\Referral Cases - Keahey\FEDERAL Court Case\Pleadings\110306_Voluntary Dismissal of UC Realty.doc

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Robert Jacobs, hereby certify that on November 7, 2006, I electronically filed PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANT, U.C. REALTY CORPORATION, Formerly MHC HOLDING AND LAND CORPORATION, Formerly HOMECRAFTERS CENTERS, INC., Formerly MOORE-HANDLEY, INC. with the Clerk of Court using CM/ECF and which will be served on the following parties in the manner indicated:

**VIA HAND DELIVERY**
Clerk of the District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

               **JACOBS & CRUMPLAR, P.A.**

          By:  /s/ *Robert Jacobs, Esquire*
              Robert Jacobs, Esquire (Bar ID No. 0244)
              2 East 7th Street, P.O. Box 1271
              Wilmington, DE 19899
              Telephone: (302) 656-5445
              Bob@JandCLaw.com
              *Attorney for Plaintiffs*

Date: November 7, 2006
S:\wp70\Asbestos Case Folders\Referral Cases - Keahey\FEDERAL Court Case\Pleadings\110706_Voluntary Dismissal of UC Realty, COS.doc