## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BETTY AGEE, individually and as Representative of the Estate of RICHARD L. AGEE, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 06-668 |
| -against- | ) ) | |
| A.W. CHESTERTON, *et al.*, | ) ) ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Jonathan L. Parshall of the firm of Murphy Spadaro & Landon as attorney on behalf of Defendant Brandon Drying Fabrics, Inc.

        MURPHY SPADARO & LANDON

        /s/ Jonathan L. Parshall
        Jonathan L. Parshall, I.D. No. 3247
        1011 Centre Road, #210
        Wilmington, DE 19805
        (302) 472-8106

        Attorney for Defendant Brandon Drying Fabrics, Inc.

Date: November 14, 2006

00136949.DOC

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BETTY AGEE, individually and as Representative of the Estate of RICHARD L. AGEE, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 06-668 |
| -against- | ) ) | |
| A.W. CHESTERTON, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I, Jonathan L. Parshall, do hereby certify that on this 14th day of November 2006, I electronically filed **SUBSTITUTION OF COUNSEL** with the Clerk of the Court using CM/ECF which will send notification of such filing to all counsel of record:

    /s/ Jonathan L. Parshall
    Jonathan L. Parshall, ID # 3247
    MURPHY SPADARO & LANDON
    1011 Centre Road, Suite 210
    Wilmington, Delaware 19805
    Telephone: (302) 472-8106
    Facsimile: (302) 472-8135
    e-mail: jonp@msllaw.com

00136949.DOC