IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BETTY AGEE, Individually and as Representative of the Estate of RICHARD L. AGEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> A.W. CHESTERTON, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 06-668-SLR |

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Donald E. Reid and Morris, Nichols, Arsht & Tunnell on behalf of defendant Georgia-Pacific Corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Donald E. Reid*
Donald E. Reid (#1058)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9219
 Attorneys for Defendant
 Georgia-Pacific Corporation

November 20, 2006

## **CERTIFICATE OF SERVICE**

I, Donald E. Reid, hereby certify that on the 20th day of November, 2006 a Notice of Appearance was served by electronic filing on the following counsel of record:

>Robert Jacobs, Esquire
>Jacobs & Crumplar, P.A.
>2 E. 7th Street
>Wilmington, DE 19801
>*Attorneys for Plaintiffs*

>Jonathan L. Parshall, Esquire
>Murphy, Spadaro & Landon
>1011 Centre Road, Suite 210
>Wilmington, DE 19805
>*Attorneys for Defendant Brandon Drying Fabrics, Inc.*

_____
Donald E. Reid (#1058)