IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BETTY AGEE, Individually and as Representative of the Estate of RICHARD L. AGEE, (deceased), et al. ) ) ) | CIVIL ACTION NO.    06-668 |
| Plaintiffs ) | |
| v. ) | |
| A.W. CHESTERTON, et al, ) | |
| Defendants. ) | |

NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Matthew P. Donelson, Esquire and Elzufon Austin Reardon Tarlov & Mondell, P.A. on behalf of defendant, Albany International Corporation in the above captioned matter.

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

/s/ MATTHEW P. DONELSON
MATTHEW P. DONELSON (BAR ID#4243)
300 Delaware Avenue, 17th Floor
P.O. Box 1630
Wilmington, DE 19899-1630
302/428-3181
Attorney for Defendant
Albany International Corporation

DATE:  November 21, 2006