IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BETTY AGEE, Individually and as Representative of the Estate of RICHARD L. AGEE, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>A.W. CHESTERTON, et al.,<br><br>    Defendants. | Civil Action No. 06-668 (SLR)<br><br>JURY TRIAL DEMANDED |

### ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Paul A. Bradley on behalf of Owens-Illinois, Inc. in the above-captioned litigation.

                        MARON MARVEL BRADLEY
                            &amp; ANDERSON, P.A.

                        /s/ Paul A. Bradley
                        Paul A. Bradley (DE Bar ID No. 2156)
                        1201 North Market Street, Suite 900
                        P.O. Box 288
                        Wilmington, DE 19899-0288
                        Telephone: (302) 425-5177
                        Facsimile: (302) 425-0180
                        Attorney for Defendant,
                        Owens-Illinois, Inc.

Date: November 27, 2006

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, Esquire, hereby certify that on this 27th day of November, 2006, I served a copy of the foregoing Entry of Appearance to all counsel of record via CM/ECF.

**MARON MARVEL BRADLEY & ANDERSON, P.A.**

**/s/ Paul A. Bradley**
Paul A. Bradley (DE Bar ID No. 2156)
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899-0288
Telephone: (302) 425-5177
Facsimile: (302) 425-0180
Attorney for Defendant,
Owens-Illinois, Inc.