IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BETTY AGEE, Individually and as Representative of the Estate of RICHARD L. AGEE, et al., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 06-668 (SLR) |
| A.W. CHESTERTON, et al., | : : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Wayne A. Marvel on behalf of Exxon Mobil Oil Corporation in the above-captioned litigation.

                         MARON MARVEL BRADLEY
                            & ANDERSON, P.A.

                         **/s/ Wayne A. Marvel**
                         Wayne A. Marvel (DE Bar ID No. 1073)
                         1201 North Market Street, Suite 900
                         P.O. Box 288
                         Wilmington, DE 19899-0288
                         Telephone: (302) 425-5177
                         Facsimile: (302) 425-0180
                         Attorney for Defendant,
                         Exxon Mobil Oil Corporation

Date: December 1, 2006

{99999.00936 / W0106401}

CERTIFICATE OF SERVICE

I, Wayne A. Marvel, Esquire, hereby certify that on this 1st day of December, 2006, I served a copy of the foregoing Entry of Appearance to all counsel of record via CM/ECF.

**MARON MARVEL BRADLEY & ANDERSON, P.A.**

**/s/ Wayne A. Marvel**
Wayne A. Marvel (DE Bar ID No. 1073)
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19899-0288
Telephone: (302) 425-5177
Facsimile: (302) 425-0180
Attorney for Defendant,
Owens-Illinois, Inc.