%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| For The | District of | Delaware |
|---|---|---|

BETTY AGEE, Individually, and as
Representative of the Estate of
RICHARD L. AGEE, et al.
                Plaintiffs,
    V.

A.W. Chesterton, et al.
                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

06-668

TO: (Name and address of Defendant)
    Mount Vernon Mills, INc.
    P. O. Box 100
    Mauldin, SC 29662

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Robert Jacobs, Esquire
    2 East 7th Street, P.O. Box 1271
    Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              OCT 3 1 2006

CLERK                                              DATE

*[signature: Monica Mosley]*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/2/06 @ 1:48 pm |
| NAME OF SERVER (PRINT) ROBERT DELACY | TITLE SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED HARRIET WINDSOR, DELAWARE SECRETARY OF STATE

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/2/06
              Date

Signature of Server

D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE   19809
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.