AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The    | District of   Delaware

BETTY AGEE, Individually and as
Representative of the Estate of
RICHARD L. AGEE, et al.
      Plaintiffs,
  V.

A.W. Chesterton, et al.
     Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**06-668**

TO: (Name and address of Defendant)

Scapa Fabrics, Inc.
111 Great Pond Drive
Windsor, CT 06095

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Jacobs, Esquire
2 East 7th Street, P.O. Box 1271
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within   20   days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

OCT 3 1 2006

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/2/06 @ 1:48 pm |
| NAME OF SERVER (PRINT) ROBERT DELACY | TITLE SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):  SERVED HARRIET WINDSOR, DELAWARE SECRETARY OF STATE _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/2/06
_____
Date

Signature of Server

D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE  19809
Address of Server

*(stamp on left margin)* RECEIVED  DEPARTMENT OF STATE  2006 NOV 2  DIVISION OF CORPORATIONS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.