AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

For The   District of   Delaware

BETTY AGEE, Individually and as
Representative of the Estate of
RICHARD L. AGEE, et al.
     Plaintiffs,
  V.

A.W. Chesterton, et al.
     Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-668

TO: (Name and address of Defendant)
Owens-Illinois, Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Jacobs, Esquire
2 East 7th Street, P.O. Box 1271
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK
*/s/ Monica Mosley*
(By) DEPUTY CLERK

DATE: OCT 3 1 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/2/06 @ 12:40 pm |
| NAME OF SERVER (PRINT) ADAM GOLDEN | TITLE SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED SCOTT LASCALA, AUTHORIZED TO ACCEPT SERVICE FOR CT CORPORATION, 1209 ORANGE ST., WILM., DE 19801, REGISTERED AGENT.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/2/06
          Date

*Signature of Server*

D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE  19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.