IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

IN RE:  Asbestos Litigation        :
                                   :
LEWIS H. FISHER, et al.            :    C.A. No.  06C-10-232
:
:

### AMENDMENT TO COMPLAINT
### (Mailing Affidavit)

**STATE OF DELAWARE:**
**NEW CASTLE COUNTY:**

On December 21, 2006 , 2006 personally appeared before me, ATTORNEY NAME who by me being duly sworn did depose and say that:

1. He is the attorney of record for plaintiffs in the above-captioned case.

2. He did cause to be mailed by registered mail, return receipt requested, to the defendant, a corporation which is not a resident of the State of Delaware, a copy of the return of service of process by the Sheriff of Kent County on the Secretary of State of the State of Delaware, as well as a copy of the Original Complaint and the Notice required under 10 Del.C., Sec 3104:

        Garlock Sealing Technologies, L.L.C.;

        Garlock, Inc.;

        Greene, Tweed & Co., Inc.;

        Hobart Brothers Company;

        Lincoln Electric Company;

        John Bridge Sons, Inc.;

        NOSROC Corporation, Individually and f/k/a G. & W. H. Corson and Calcite Quarry Corp.;

        The H.B. Smith Company, Incorporated;

        Bilmar Industrial Products, Inc.;

        Uniroyal, Inc.

3. He herewith attaches a copy of the Post Office executed acknowledgment of receipt from the addressee.

JACOBS & CRUMPLAR, P.A.

By: /s/ David A. Arndt

David A. Arndt  DE #3925
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899
(302) 656-5445
Attorney for Plaintiffs

**SWORN TO AND SUBSCRIBED** before me this 21st day of December, 2006 A.D.

NOTARY

STEPHANIE K. DOUGHERTY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 29, 2008

S:\Asbestos\Plaintiffs\Fisher, Lewis H\Pleadings\Mling Aff fld122106.doc

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>GARLOCK SEALING TECHNOLOGIES, L.L.C.<br>CT Corporation System<br>1300 East 9th Street<br>Cleveland, OH  44114<br><br>DEC 1 9 2006 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | L. Fisher/PH |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>DEC 1 9 2006<br><br>GARLOCK INC.<br>CT Corporation System<br>1300 East 9th Street<br>Cleveland, OH  44114 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | L. Fisher/PH |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   GREENE, TWEED & CO., INC.
   Detwyler Road
   Kulpsville, PA 19443

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(illegible)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Carole Stephens
C. Date of Delivery: 12/4/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): _(illegible)_   L. Fisher / PH

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   HOBART BROTHERS COMPANY
   600 West Main Street
   Troy, Ohio 45373

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Christina R Haber ☒ Agent ☐ Addressee

B. Received by (Printed Name): Christina R Haber
C. Date of Delivery: 12-14-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

   SAME

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): RC 015 324 484 US   L. Fisher / PH

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LINCOLN ELECTRIC COMPANY
   2280 Saint Claire Avenue
   Cleveland, OH 44117 1199

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(illegible)_  ☒ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   RC 015 324 348 US   L. Fisher/PH

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JOHN BRIDGE SONS, INC.
   9th & Pennel Streets
   Chester, PA   19106

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(illegible)_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
   DEC 1 5 2006

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   RC 015 324 475 US   L. Fisher/PH

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    NOSROC CORPORATION, Individually and formerly
    known as G. & W. H. CORSON, AND CALCITE QUARRY CORP.
    CT Corporation
    1635 Market Street
    Philadelphia, PA 19103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *A. Armstrong*    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): N. ARMSTRONG
C. Date of Delivery: 12/14/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): RC [illegible] 331 [illegible] US  L. Fisher/PH

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    THE H. B. SMITH COMPANY, INCORPORATED
    c/o Melville Chapin
    47 Westfield Industrial Park
    Westfield, MA  01085

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): W. [illegible]
C. Date of Delivery: 12-14-06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): RC 015 324 507 US  L. Fisher/PH

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Indra K [signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>BILMAR INDUSTRIAL PRODUCTS, INC.<br>2705 West 6th Street<br>Chester, PA. 19014 | DEC 1 9 2006<br><br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | L Fisher/PH |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>UNIROYAL, INC.<br>C/o Corporate Headquarters<br>70 Great Hill Road<br>Naugatuck, CT 06770-0359 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br>DEC 2 0 2006<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  RC 0153 2662 7 US | L Fisher/PH |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |