IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BETTY AGEE, Individually and as Representative of the Estate of RICHARD L. AGEE, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>A.W. Chesterton, et. al.,<br><br>Defendants. | )<br>)  Case No. 06-668<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Gary H. Kaplan, Esquire of Goldfein & Joseph on behalf of defendant, Garlock Sealing Technologies, L.L.C., in the above-captioned matter. Defendant does not waive any jurisdictional, process, or service of process defenses.

GOLDFEIN & JOSEPH

/s/ Gary H. Kaplan
_____
GARY H. KAPLAN - ID# 2965
222 Delaware Avenue, Suite 1110
P.O. Box 2206
Wilmington, DE 19899
(302) 656-3301
Attorney for Defendant,
  Garlock Sealing Technologies, L.L.C.