# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:            [202] 502-2888

http://www.jpml.uscourts.gov

December 27, 2006

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797



Re: MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

(See Attached CTO-271)

Dear Mr. Kunz:

    I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on December 11, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

    The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

    **The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

    A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Teresa Bishop
Deputy Clerk

Attachments

cc:    Transferee Judge:    Judge James T. Giles
       Transferor Judges:   (See Attached List of Judges)
       Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 11 2006

DOCKET NO. 875

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-271)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,567 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 27 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

06cv668 SLR

FILED

DEC 29 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SCHEDULE CTO-271 - TAG-ALONG ACTIONS
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| ALABAMA NORTHERN | |
| ALN 2  06-1855 | Melba Brooks v. A.W. Chesterton Co., et al. |
| CALIFORNIA NORTHERN | |
| CAN 3  06-5381 | Matt Hussey, et al. v. General Electric Co., et al. |
| DELAWARE | |
| DE 1  06-668 | Betty Agee, et al. v. A.W. Chesterton, Inc., et al. |
| ~~DE 1  06-673~~ | ~~Lillian Harwood, et al. v. Bondex International Inc., et al.~~ Opposed 12/26/06 |
| INDIANA NORTHERN | |
| INN 2  06-307 | John Cunningham v. General Electric Co., et al. |
| LOUISIANA EASTERN | |
| ~~LAE 2  06-9439~~ | ~~Peggy P. Griffin v. Northrop Grumman Industries, et al.~~ Vacated 12/19/06 |
| LOUISIANA MIDDLE | |
| ~~LAM 3  06-458~~ | ~~Cletus Brewer v. Noble Drilling Corp., et al.~~ Opposed 12/27/06 |
| MARYLAND | |
| MD 1  06-2667 | William Miles v. Owens-Illinois Glass Co., et al. |
| MISSISSIPPI NORTHERN | |
| MSN 3  06-134 | Patricia Wright, etc. v. Budd Co., et al. |
| MISSISSIPPI SOUTHERN | |
| MSS 1  06-1064 | Robert Breazeale v. Allied Signal, Inc., et al. |
| MSS 1  06-1065 | Ray Lee Regan v. Allied Signal, Inc., et al. |
| MSS 1  06-1066 | James W. Nations v. Allied Signal, Inc., et al. |
| MSS 1  06-1067 | Ronald E. Nations v. Allied Signal, Inc., et al. |
| MSS 1  06-1068 | Malcolm Montgomery v. Allied Signal, Inc., et al. |
| MSS 1  06-1070 | Harry Lambert v. Emerson Electric Co., et al. |
| MSS 1  06-1071 | Lionel Anderson v. William Powell International Sales Corp., et al. |
| MSS 1  06-1074 | Tina Fitzgerald, etc. v. American Standard, Inc., et al. |
| MSS 1  06-1075 | Curtis Lee Jones v. Allied Signal, Inc., et al. |
| MSS 1  06-1076 | O'Neal Chambers, Jr., etc. v. American Standard, Inc., et al. |
| MSS 1  06-1089 | Robert Copeland v. General Electric Co., et al. |
| MSS 1  06-1096 | Charles R. Rester v. Metropolitan Life Insurance Co., et al. |
| MSS 1  06-1147 | George Moore v. Ingersoll-Rand Co., et al. |
| NORTH CAROLINA EASTERN | |
| NCE 4  06-189 | Van Crawford, et al. v. AMCA/KOEHRING Co., et al. |
| NCE 4  06-202 | Johnnie P. Lee, et al. v. 3M Co., et al. |
| NCE 4  06-207 | Angela Michelle Covington, etc. v. Anchor Packing Co., et al. |
| NCE 4  06-208 | Freda C. Wells, etc. v. A.W. Chesterton, Inc., et al. |
| NCE 4  06-215 | Roland Delos Cady, et al. v. Albany International Corp., et al. |
| NCE 4  06-216 | Archie Clarence Forrester, et al. v. Albany International Corp., et al. |

SCHEDULE- CTO-271 - TAG-ALONG ACTIONS - MDL-875                                Page 2 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| NCE 4 06-217 | Elizabeth A. Phelps, etc. v. Albany International Corp., et al. |
| NCE 5 06-342 | Walker H. Lee v. 3M Co., et al. |
| NCE 5 06-391 | Catherine Ruth Gailloux, etc. v. Anchor Packing Co., et al. |
| NCE 5 06-407 | Louise Julyan Stanyer, etc. v. Anchor Packing Co., et al. |
| NCE 5 06-420 | Abel Laberge, et al. v. Anchor Packing Co., et al. |
| NCE 5 06-431 | Bryan Edward Zapf, et al. v. Anchor Packing Co., et al. |
| NCE 5 06-432 | Harold John Hildebrandt v. Anchor Packing Co., et al. |
| NCE 5 06-435 | Josie Bergeron, etc. v. Anchor Packing Co., et al. |

NORTH CAROLINA MIDDLE

| NCM 1 06-924 | Patrick H. O'Connor, etc. v. DaimlerChrysler Corp., et al. |
|---|---|
| NCM 1 06-935 | Allen W. Craver, et al. v. 3M Co., et al. |
| NCM 1 06-958 | Gerald W. Sheets v. 3M Co., et al. |

NORTH CAROLINA WESTERN

| NCW 1 06-327 | Charles Anthony Bynum, et al. v. Aqua-Chem, Inc., et al. |
|---|---|
| NCW 1 06-328 | Albert Eugene Dellinger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-330 | Ernest James Cornelius, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-331 | Ronald David Hamilton, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-332 | Douglas Eugene Funderburk, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-334 | James P. Butts, et al. v. 3M Co., et al. |
| NCW 1 06-337 | Hal Terry Byers v. Aqua-Chem, Inc., et al. |
| NCW 1 06-338 | Billy Grissett v. Aqua-Chem, Inc., et al. |
| NCW 1 06-339 | William Jerry Hamby v. Aqua-Chem, Inc., et al. |
| NCW 1 06-340 | Clarence Douglas Hunt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-342 | J.C. Beaver, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-343 | Jerry Lee Hand, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-344 | Jerry Thomas Miller, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-345 | William David Hux, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-346 | Thomas H. Smart v. 3M Co., et al. |
| NCW 1 06-348 | Jerry Odell Wilson, Jr. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-349 | Judy Irene Boggs-Greer v. Aqua-Chem, Inc., et al. |
| NCW 1 06-351 | John Ashley Wright, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-352 | Roger Lee Perryman, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-353 | Owen Edward Johnson v. Aqua-Chem, Inc., et al. |
| NCW 1 06-354 | Ronald Edward Bland, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-356 | Rickey Lynn Nance, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-358 | Charles E.A. Ballard v. Aqua-Chem, Inc., et al. |
| NCW 1 06-364 | Raymond B. Simpson, et al. v. 3M Co., et al. |
| NCW 1 06-369 | Steven R. Patterson, et al. v. 3M Co., et al. |

NEBRASKA

| NE 8 06-639 | Mervin Sipp v. BNSF Railway Co. |
|---|---|
| NE 8 06-640 | Earl Motschenbacher v. BNSF Railway Co. |
| NE 8 06-641 | Ivan Boettner v. BNSF Railway Co. |
| NE 8 06-642 | James Anderson v. BNSF Railway Co. |

NEW JERSEY

| NJ 2 06-4899 | Malcolm Hagen, et al. v. Benjamin Foster Co., et al. |
|---|---|

NEW MEXICO

| NM 1 05-416 | Frank Torres v. Burlington Northern & Santa Fe Railway Co. |
|---|---|
| NM 1 06-915 | Mauricio R. Gabaldon v. Burlington Northern & Santa Fe Railway Co. |

SCHEDULE- CTO-271 - TAG-ALONG ACTIONS - MDL-875                                   Page 3 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK EASTERN** | |
| NYE 1 06-5563 | Paula I. Guillory v. A.W. Chesterton Co., et al. |
| **OHIO NORTHERN** | |
| OHN 1 06-10007 | Harry E. Hawkins v. A-c Product Liability Trust, et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW 2 06-1388 | Frank J. Suloff v. Consolidated Rail Corp., et al. |
| **SOUTH CAROLINA** | |
| SC 8 06-2885 | Donald Lee Brooks, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-2896 | Maurice Ira Phillips, et al. v. Aqua-Chem, Inc., et al. |
| **TEXAS WESTERN** | |
| TXW 6 06-299 | Donna David, etc. v. Alcoa, Inc. |
| **VIRGINIA EASTERN** | |
| VAE 2 06-9060 | Paul Allen v. American Standard, Inc., et al. |
| VAE 2 06-9061 | Carlton M. Beckman v. American Standard, Inc., et al. |
| VAE 2 06-9062 | Michael J. Bell v. American Standard, Inc., et al. |
| VAE 2 06-9063 | Phillip Bodine v. American Standard, Inc., et al. |
| VAE 2 06-9064 | Charles F. Brant v. American Standard, Inc., et al. |
| VAE 2 06-9065 | William E. Busby v. American Standard, Inc., et al. |
| VAE 2 06-9066 | Odell J. Malone v. American Standard, Inc., et al. |
| VAE 2 06-9067 | Dionico Sais v. American Standard, Inc., et al. |
| VAE 2 06-9068 | Samuel E. Crane v. American Standard, Inc., et al. |
| VAE 2 06-9069 | Jon W. Foster v. American Standard, Inc., et al. |
| VAE 2 06-9070 | Monroe v. American Standard, Inc., et al. |
| VAE 2 06-9071 | Earl J. Murphy v. American Standard, Inc., et al. |
| VAE 2 06-9072 | William H. Sheppard v. American Standard, Inc., et al. |
| VAE 2 06-9073 | James W. Bell v. American Standard, Inc., et al. |
| VAE 2 06-9074 | Stewart C. Brennan v. American Standard, Inc., et al. |
| VAE 2 06-9075 | Larry G. Brown v. American Standard, Inc., et al. |
| VAE 2 06-9076 | Frank L. Johnson v. American Standard, Inc., et al. |
| VAE 2 06-9077 | Monroe v. American Standard, Inc., et al. |
| VAE 2 06-9078 | Leonard S. Olson v. American Standard, Inc., et al. |
| **WASHINGTON WESTERN** | |
| WAW 2 05-1250 | Steven D. McAboy, etc. v. Viad Corp. |
| WAW 2 06-369 | Clint Johnson, etc. v. IMO Industries, Inc., et al. |
| **WISCONSIN EASTERN** | |
| WIE 2 06-397 | Byron Bessers v. International Paper Co., et al. |
| ~~WIE 2 06-1076~~ | ~~Janet Schueler, etc. v. American Optical Corp.~~ Opposed 12/26/06 |

# INVOLVED COUNSEL LIST (CTO-271)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

David Foxwell Albright, Sr.
Law Offices of David F. Albright
1122 Kenilworth Drive
Suite 500
Baltimore, MD 21202

David W. Allen
Goodell, DeVries, Leech & Dann
One South Street
20th Floor
Baltimore, MD 21202

Mark E. Anderson
Patterson, Dilthey, Clay, Bryson
 & Anderson
4020 WestChase Boulevard
Suite 550
Raleigh, NC 27607

James F. Archibald, III
Bradley, Arant, Rose & White
P.O. Box 830709
Birmingham, AL 35283-0709

Robert M. Arentson, Jr.
Baker, Donelson, Bearman, Caldwell
& Berkowitz
P.O. Box 14167
Jackson, MS 39236-4167

John C. Babione
Mitchell, Hurst, Jacobs & Dick
152 E. Washington Street
Indianapolis, IN 46204

S. Allen Baker, Jr.
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201-0306

Michael T. Bartley
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Robert R. Baugh
Sirote & Permutt, P.C.
2222 Arlington Avenue South
P.O. Box 55727
Birmingham, AL 35255

Joshua H. Bennett
Bennett & Guthrie, P.L.L.C.
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

Gary A. Bezet
Kean, Miller, Hawthorne,
D'Armond, et al.
One American Place
22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

Richard C. Binzley
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Janet W. Black
Ward Black, P.A.
208 West Wendover Ave.
Greensboro, NC 27401-1307

Brian M. Blythe
Bradley, Arant, Rose & White
1819 Fifth Avenue, North
Birmingham, AL 35203-2119

Joel M. Bondurant, Jr.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602-2048

Brian C. Bossier
Blue Williams, LLP
3421 N. Causeway Boulevard
9th Floor
Metairie, LA 70002

Timothy W. Bouch
Leath, Bouch & Crawford
134 Meeting Street
P.O. Box 59
Charleston, SC 29402-0059

Alan R. Brayton
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948

A. Todd Brown
Hunton & Williams, LLP
Bank of America Plaza
101 Sout Tryon Street
Suite 3500
Charlotte, NC 28280

Lisa N. Busch
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038

Dennis F. Cantrell
Bingham McHale, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-4900

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

Edward J. Cass
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

William T. Causby
Nelson, Mullins, Riley & Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Adam M. Chud
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Michael Jason Clayton
Forman, Perry, Watkins, Krutz & Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Susan Coco
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

INVOLVED COUNSEL LIST (CTO-271) - MDL-875                                                                                Page 2 of 7

John D. Cole
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
400 West Trade Street
Charlotte, NC 28202

T. Hunt Cole, Jr.
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
P.O. Box 22608
Jackson, MS 39225-2608

Keith E. Coltrain
Elmore & Wall, PA
P.O. Box 10937
Raleigh, NC 27605

John F. Conley
Glasser & Glasser, P.L.C.
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510-2212

Langdon M. Cooper
Mullen, Holland & Cooper, P.A.
P.O. Box 488
301 S. York Street
Gastonia, NC 28053-0488

David A. Damico
Burns, White & Hickton, LLC
Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212

Cheryl A. Danner
Sheffer Law Firm, LLC
101 South Fifth Street
Suite 1600
Louisville, KY 40202

H. Lee Davis, Jr.
Davis & Hamrick, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039

William Pearce Davis
Baker, Ravenel & Bender
P.O. Box 8057
Columbia, SC 29202

Timothy Andrew Dillon
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

Ann Terrell Dorsett
Helms, Mulliss & Wicker
201 N. Tryon Street
Charlotte, NC 28202

Kathleen F. Drew
Adams & Reese, LLP
701 Poydras Street
Suite 4500
New Orleans, LA 70139

David M. Duke
Young, Moore & Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622-1330

Andrea L. Edney
Brunini, Grantham, Grower & Hewes
248 East Capitol Street
P.O. Box 119
Jackson, MS 39205-0119

Gary W. Fillingim
Edward B. McDonough, Jr., P.C.
P.O. Box 1943
Mobile, AL 36633

Evelyn M. Fletcher
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Raymond P. Forceno
Forceno & Hannon
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106-2574

Shaunon S. Frankel
Young, Moore & Henderson, P.A.
3101 Glenwood Avenue
Suite 200
Raleigh, NC 27612

Ellen B. Furman
Goldfein & Hosmer
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Ronald C. Gardner
Gardner, Bond, Trabolsi, McDonald
& Clement
2200 Sixth Avenue, Suite 600
Seattle, WA 98121

Keith L. Gates
Abbott, Simses & Kuchler
210 East Capitol Street
Suite 1090
Jackson, MS 39201

Geoffrey S. Gavett
Gavett & Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

E. Pennock Gheen
Bullivant, Houser, Bailey, et al.
2400 Westlake Office Tower
1601 Fifth Avenue
Seattle, WA 98101

Walter T. Gilmer Jr.
McDowell, Knight, Roedder & Sledge
P.O. Box 350
Mobile, AL 36601

Richard S. Glasser
Glasser & Glasser, P.L.C.
Crown Center Building
Suite 600
580 East Main Street
Norfolk, VA 23510

Laura DeVaughn Goodson
Forman, Perry, Watkins, Krutz
& Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Frank J. Gordon
Millberg Gordon & Stewars, PLLC
1101 Haynes Street
Suite 104
Raleigh, NC 27604

William M. Graham
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Robert V. Greenlee
Forman, Perry, Watkins, Krutz
& Tardy
P.O. Box 22608
Jackson, MS 39225-2608

INVOLVED COUNSEL LIST (CTO-271) - MDL-875                                                      Page 3 of 7

Michael C. Griffin
McGuire Woods, LLP
100 North Tryon Street
Suite 2900
Charlotte, NC 28202

Melissa K. Habeck
Forsberg & Umlauf
900 4th Avenue
Suite 1700
Seattle, WA 98164-1039

Susan M. Hansen
Brownson & Ballou
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Frances K. Hardage
Allred Law Firm
P.O. Box 3828
Jackson, MS 39207-3828

Scott Harford
Lynch Daskal Emery, LLP
264 West 40th Street
New York, NY 10018

Anthony C. Harlow
Starnes & Atchison, LLP
100 Brookwood Place
Seventh Floor
P.O. Box 598512
Birmingham, AL 35259

James A. Harris, III
Harris & Harris, LLP
Colonial Bank Building, Suite 450
2501 20th Place, South
Birmingham, AL 35223

Josephine H. Hicks
Parker, Poe, Adams & Bernstein
Three Wachovia Center
401 South Tryon Street
Suite 3000
Charlotte, NC 28202

M. King Hill, III
Venable, LLP
210 Allegheny Avenue
Towson, MD 21204

James E. Horne
Kingman, Peabody, Pierson
& Fitzharris
505 Madison Street
Suite 300
Seattle, WA 98104-1138

James G. House, III
Forman, Perry, Watkins, Krutz
& Tardy, PLLC
200 S. Lamar Street
City Center Building
Suite 100
Jackson, MS 39201-4099

Jeffrey P. Hubbard
Wells, Moore, Simmons & Hubbard
P.O. Box 1970
Jackson, MS 39215-1970

John B. Isbister
Tydings & Rosenberg, LLP
100 East Pratt Street
26th Floor
Baltimore, MD 21202

Robert Jacobs
Jacobs & Crumplar, P.A.
P.O. Box 2223
Wilmington, DE 19899

Michael E. Kaemper
Atkinson & Thal
201 Third Street, N.W.
#1850
Albuquerque, NM 87102

Jennifer J. Kalas
Hinshaw & Culbertson
222 Indianapolis Blvd
Suite 202
Schererville, IN 46375

G. Patterson Keahey, Jr.
Law Offices of
G. Patterson Keahey, Jr., PC
One Independence Plaza
Suite 612
Birmingham, AL 35209

Christopher J. Keale
Sedgwick, Detert, Moran & Arnold
Three Gateway Center
100 Mulberry Street - 12th Floor
Newark, NJ 07102

Daniel J. Kelly
Haight, Brown & Bonesteel
71 Stevenson Street
20th Floor
San Francisco, CA 94105-2981

Katherine V. Kemp
Holcomb Dunbar, PA
P.O. Drawer 707
Oxford, MS 38655-0707

James G. Kennedy
Pierce, Herns, Sloan & McLeod
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

Kristi D. Kennedy
Currie, Johnson, Griffin, Gaines
& Myers
P.O. Box 750
Jackson, MS 39205-0750

Richard J. Keshian
Kilpatrick & Stockton, LLP
1001 W. Fourth Street
Winston-Salem, NC 27101

Claire Williams Ketner
Brunini, Grantham, Grower & Hewes
P. O. Drawer 119
Jackson, MS 39205-0119

Timothy W. Knight
Kee & Selby, LLP
1900 International Park Drive
Suite 220
Birmingham, AL 35243

Reginald S. Kramer
Oldham & Dowling
195 South Main Street
Suite 300
Akron, OH 44308-1314

Donald A. Krispin
Jaques Admiralty Law Firm, P.C.
1370 Penobscot Building
645 Griswold St.
Detroit, MI 48226

Matthew P. Lachaussee
Dogan & Wilkinson, PLLC
P. O. Box 1618
Pascagoula, MS 39568-1618

INVOLVED COUNSEL LIST (CTO-271) - MDL-875                                  Page 4 of 7

John J. Laffey
Whyte Hirschboeck Dudek
555 E Wells St - Ste 1900
Milwaukee, WI 53202-3819

Carter T. Lambeth
Johnson & Lambeth
232 Princess Street
P.O. Box 660
Wilmington, NC 28402

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

David C. Landin
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart
2801 Highway 280 South
Three Protective Center, Suite 200
Birmingham, AL 35223-2484

Teresa Fizardi Lazzaroni
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Gary Allen Lee
Lee, Futrell & Perles, LLP
201 St. Charles Avenue
Suite 4120
New Orleans, LA 70170-4120

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
Commerce Place
20th Floor
One South Street
Baltimore, MD 21202

Gene Locks
Locks Law Firm, LLC
1500 Walnut Street
Philadelphia, PA 19102

Daniel M. Long
Locke Reynolds, LLP
201 North Illinois Street
Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961

Robert J. Lynott
Thomas & Libowitz
100 Light Street
Suite 1100
Baltimore, MD 21202-1053

Genevieve MacSteel
McGuireWoods, LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105

Moffatt Grier McDonald
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602

Kimberly P. Mangum
Barfield & Associates
P.O. Drawer 3979
233 East Capitol Street
Jackson, MS 39207-3979

Megan Trocki Mantzavinos
Marks, O'Neill, O'Brien & Courtney
913 North Market Street
Suite 800
Wilmington, DE 19801

Bruce B. Marr
McKenna Storer
33 N Lasalle Street, Suite 1400
Chicago, IL 60602-2610

De Martenson
Huie Fernambucq & Stewart, LLP
2801 Highway 280 South
Birmingham, AL 35223

John Michael Mattingly
Steven Rizzo, PC
Lincoln Place, Suite 350
1620 S.W. Taylor Street
Portland, OR 97205

Ana Marina McCann
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market Street, 5th Floor
P.O. Box 888
Wilmington, DE 19899

Damon G. McClain
Sedgwick, Detert, Moran & Arnold
One Market Plaza
Steuart Tower
8th Floor
San Francisco, CA 94105

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

Garvan F. McDaniel
Bifferato Gentilotti Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

Edward Bailey McDonough, Jr.
Edward B. McDonough, Jr., P.C.
P.O. Box 1943
Mobile, AL 36633

William T. Mills, II
Porterfield, Harper, Mills & Motlow
22 Inverness Center Parkway
Suite 500
P.O. Box 530790
Birmingham, AL 35253-0790

Willard J. Moody, Jr.
Moody, Strople, Kloeppel, et al.
500 Crawford Street
Commerce Bank Bldg., Suite 300
P.O. Box 1138
Portsmouth, VA 23705

Lacey M. Moore
Nexsen, Pruet, Adams, Kleemeier
201 South Tryon Street
Suite 1200
Charlotte, NC 28202

R. Stan Morris
Cartee & Morris, LLC
P.O. Box 59767
Birmingham, AL 35259

INVOLVED COUNSEL LIST (CTO-271) - MDL-875                                                                                      Page 5 of 7

| | | |
|---|---|---|
| Ronald L. Motley<br>Motley Rice, LLC<br>P.O. Box 1792<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | Jonathan L. Parshall<br>Murphy, Spadaro & Landon<br>1011 Centre Road<br>Suite 210<br>Wilmington, DE 19805 | Steven J. Pugh<br>Richarson, Plowden, Carpenter<br>& Robinson, PA<br>P.O. Drawer 7788<br>Columbia, SC 29202 |
| John J. Nagle, III<br>Bodie, Nagle, Dolina, Smith & Hobbs<br>21 W. Susquehanna Avenue<br>Towson, MD 21204 | Donald C. Partridge<br>Forman, Perry, Watkins, Krutz<br>& Tardy, PLLC<br>200 S. Lamar Street<br>City Center Building<br>Suite 100<br>Jackson, MS 39201-4099 | Richard S. Ranieri<br>Weber Gallagher, et al.<br>33 Washington Street<br>Suite 1005<br>Newark, NJ 07102 |
| Jeremy W. North<br>North & Cobb, P.A.<br>7313 York Road<br>Towson, MD 21204 | Timothy Peck<br>Smith Moore, LLP<br>P.O. Box 21927<br>Greensboro, NC 27420 | Hilary G. Reagin<br>Hissey, Kientz & Herron, PLLC<br>16800 Imperial Valley Drive<br>Suite 130<br>Houston, TX 77060 |
| Robert L. Norton<br>Jones & Granger<br>10000 Memorial Drive<br>Suite 888<br>P.O. Box 4340<br>Houston, TX 77210-4340 | Robert H. Pedersen<br>Watkins & Eager<br>P. O. Box 650<br>Jackson, MS 39205 | Mark L. Reardon<br>Elzufon Austin Reardon Tarlov<br>& Mondell, PA<br>300 Delaware Avenue<br>Suite 1700<br>P.O. Box 1630<br>Wilmington, DE 19899-1630 |
| Richard P. O'Leary<br>McCarter & English, L.L.P.<br>245 Park Avenue<br>27th Floor<br>New York, NY 10022 | Patrick W. Pendley<br>Pendley, Baudin & Coffin, LLP<br>P.O. Drawer 71<br>24110 Eden Street<br>Plaquemine, LA 70764-0071 | F. Grey Redditt, Jr.<br>Vickers, Riis, Murray & Curran<br>P.O. Drawer 2568<br>Mobile, AL 36652-2568 |
| David T. Owens<br>Hunton & Williams, LLP<br>1601 Bryan Street<br>30th Floor<br>Dallas, TX 75201 | Steven R. Penn<br>Penn Rakauski<br>927 Main Street<br>Racine, WI 53403 | Simine Bazyari Reed<br>Forman, Perry, Watkins, Krutz<br>& Tardy, PLLC<br>P.O. Box 22608<br>Jackson, MS 39225-2608 |
| Lynne M. Parker<br>Hollstein, Keating, Cattell, et al.<br>12th & Orange St.<br>Suite 730<br>One Commerce Center<br>Wilmington, DE 19801 | Carl E. Pierce, II<br>Pierce, Herns, Sloan & McLeod<br>P.O. Box 22437<br>Charleston, SC 29413 | John J. Repcheck<br>Marks, O'Neill, O'Brien & Courtney<br>3200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |
| E. Spencer Parris<br>Martin & Joues<br>410 Glenwood Avenue<br>Suite 200<br>Raleigh, NC 27603 | Daniel Douglas Pipitone<br>Chamberlain, Harlicka, White,<br>Williams & Martin<br>1200 Smith Street<br>Suite 1400<br>Houston, TX 77002-4496 | McGready L. Richeson<br>Abbott, Simses & Kuchler<br>400 Lafayette Street<br>Suite 200<br>New Orleans, LA 70130 |
| Steven J. Parrott<br>Dehay & Elliston, LLP<br>36 S. Charles Street<br>13th Floor<br>Baltimore, MD 21201 | Christopher M. Placitella<br>Cohen, Placitella & Roth<br>115 Maple Avenue<br>Red Bank, NJ 07701<br><br>Timothy W. Porter<br>Porter & Malouf, P.A.<br>P.O. Box 12768<br>Jackson, MS 39236-2768 | Deborah L. Robinson<br>Robinson Woolson<br>217 E. Redwood Street<br>Suite 1500<br>Baltimore, MD 21202 |

John D. Roven
Roven-Kaplan, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018

William Rutzick
Schroeter, Goldmark & Bender
500 Central Building
810 Third Avenue
Seattle, WA 98104

Richard P. Salloum
Franke, Rainey & Salloum
P. O. Drawer 460
Gulfport, MS 39502-0460

Thomas C. Sattler
Wolfe, Snowden Law Firm
1248 O Street
Suite 830, Wells Fargo Center
Lincoln, NE 68508

Richard D. Schuster
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216

Neil Selman
Selman, Breitman & Burgess
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

Joseph A. Sherman
Bruini, Grantham, Grower & Hewes
P.O. Box 119
Jackson, MS 39205-0119

Jason T. Shipp
Goldberg, Persky & White, PC
1030 Fifth Avenue, Third Floor
Pittsburgh, PA 15219

Chadwick Lester Shook
Aultman, Tyner & Ruffin, Ltd.
P. O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

E. Terry Sibbernsen
Sibbernsen, Strigenz Law Firm
8805 Indian Hills Drive
#325
Omaha, NE 68124

Stacey L. Sims
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg, MS 39401

Christian J. Singewald
White & Williams, LLP
824 Market Street
Suite 902
P.O. Box 709
Wilmington, DE 19899

Jena W. Smith
Baldwin & Haspel
Energy Centre, Suite 2200
1100 Poydras Street
New Orleans, LA 70163

Frances L. Spinelli
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305

Robert N. Spinelli
Kelley, Jasons, McGuire & Spinelli
Centre Square West
15th Floor
Philadelphia, PA 19102

Steven F. Stanaszak
Whyte Hirschboeck Dudek Sc
555 E Wells St - Ste 1900
Milwaukee, WI 53202-3819

William B. Stewart
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew R. Straus
Weiner & Lesniak, LLP
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788

Richard P. Sulzer
Sulzer & Williams, LLC
201 Holiday Boulevard
Suite 335
Covington, LA 70433

Frank J. Swarr
Landry & Swarr
1010 Common Street
Suite 2050
New Orleans, LA 70112

Robert E. Swickle
Jaques Admiralty Law Firm, P.C.
1570 Penobscot Building
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226

Michael A. Tanenbaum
Sedgwick, Detert, Moran & Arnold, LLP
Three Gateway Center
12th Floor
Newark, NJ 07102

Jennifer M. Techman
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 200
Atlanta, GA 30305

Mark S. Thomas
Maupin, Taylor, PA
Highwoods Tower One
3200 Beechleaf Court, Suite 500
P.O. Drawer 19764
Raleigh, NC 27619-9764

Nathan Michael Thompson
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243

Karen L. Tidwall
Whyte Hirschboeck Dudek
555 E Wells St - Ste 1900
Milwaukee, WI 53202-3819

Tracy E. Tomlin
Nelson, Mullins, Riley & Scarborough
100 North Tryon Street
Suite 2400
Charlotte, NC 28202-4000

Andrew J. Trevelise
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

David L. Trewolla
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225-3062

INVOLVED COUNSEL LIST (CTO-271) - MDL-875          Page 7 of 7

Keith R. Truffer
Royston, Mueller, McLean & Reid
102 W. Pennsylvania Avenue
Suite 600
Towson, MD 21204

Beth E. Valocchi
Valocchi & Sasso, P.A.
1200 Pennsylvania Avenue
Suite 303
Wilmington, DE 19806

Mary W. Van Slyke
Page, Mannino, Peresich & McDermott
P.O. Drawer 289
Biloxi, MS 39533-0289

Jeffrey A. Varas
Varas & Morgan
P.O. Box 886
Hazlehurst, MS 39083

Carey R. Varnado
Montague, Pittman & Varnado
P.O. Drawer 1975
Hattiesburg, MS 39403-1975

Allen D. Vaughan
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-5308

Michael A. Vercher
Christian & Small, LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203-2696

Rose Marie Wade
Evert Weathersby & Houff, LLC
3405 Piedmont Road, N.E.
Suite 225
Atlanta, GA 30305-1764

Mona L. Wallace
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144

Michael Waller
Kirkpatrick Lockhart Nicholson & Graham, LLP
One Newark Center
10th Floor
Newark, NJ 07102

Margaret F. Ward
Moore & Jackson, LLC
305 Washington Avenue
Suite 401
Baltimore, MD 21204

Kirk G. Warner
Smith, Anderson, Blount, Dorsett, et al.
P.O. Box 2611
2500 Wachovia Capitol Center
Raleigh, NC 27602-2611

William L. Waudby
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
420 North 20th Street
SouthTrust Tower, Suite 1600
Birmingham, AL 35203-5202

Michael C. Weber
LeBlanc & Waddell, LLC
6955 Perkins Road
Suite 100
Baton Rouge, LA 70808

Jacob H. Wellman
Teague, Campbell, Dennis & Gorham
4800 Six Forks Road
Suite 300
P.O. Box 19207
Raleigh, NC 27619-9207

H. Thomas Wells, Jr.
Maynard Cooper & Gale PC
2400 AmSouth Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

Kenneth L. Weltz
Lathrop & Gage, L.C.
10851 Mastin Blvd.
Building 82, Suite 1000
Overland Park, KS 66210-1669

James K. Weston, II
Tom Riley Law Firm
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Paul A. Weykamp
Law Offices of Paul A. Weykamp
16 Stenersen Lane
Suite 2
Hunt Valley, MD 21030

Allan R. Wheeler
Burr & Forman
Suite 3100
South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Stephen B. Williamson
Van Winkle, Buck, Wall, Starnes & Davis, P.A.
11 N. Market Street
P.O. Box 7376
Ashville, NC 28802-7376

Gordon P. Wilson
Lugenbuhl, Wheaton, et al.
601 Poydras Street
Suite 2775
New Orleans, LA 70130

Natasha L. Wilson
Lightfoot, Franklin & White
The Clark Building
400 20th Street North
Birmingham, AL 35203

Richard F. Yarborough, Jr.
Smith, Reeves & Yarborough
6360 I-55 North
Suite 201
Jackson, MS 39211

Shane C. Youtz
Youtz & Valdez, PC
900 Gold Avenue, SW
Albuquerque, NM 87102

John Anthony Zaloom
Moore & Van Allen, PLLC
430 Davis Drive
Suite 500
P.O. Box 13706
Research Triangle PA, NC 27705-4658

I. Timothy Zarsadias
Dean & Gibson, L.L.P.
Cameron Brown Building
Suite 900
301 South McDowell Street
Charlotte, NC 28204-2686

INVOLVED JUDGES LIST (CTO-271)
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Hon. William M. Acker, Jr.
Senior U.S. District Judge
481 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203-0065

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J. Perry U.S. Courthouse
901 Richland Street, 3rd Floor
Columbia, SC 29201

Hon. Joseph F. Bataillon
Chief Judge, U.S. District Court
3259 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Terrence W. Boyle
Chief Judge, U.S. District Court
P.O. Box 306
Elizabeth City, NC 27907

~~Hon. James J. Brady~~
~~U.S. District Judge~~
~~369 Russell B. Long Federal Bldg.~~
~~777 Florida Street~~
~~Baton Rouge, LA 70801~~

Hon. Laurie Smith Camp
U.S. District Judge
3210 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. James G. Carr
Chief Judge, U.S. District Court
210 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Hon. Dennis M. Cavanaugh
U.S. District Judge
United States District Court
451 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102-3513

Hon. Louise Wood Flanagan
Chief Judge, U.S. District Court
U.S. District Court
413 Middle Street
New Bern, NC 28560

Hon. James C. Fox
Senior U.S. District Judge
U.S. District Court
P.O. Box 2143
Wilmington, NC 28402

Hon. Jerome B. Friedman
U.S. District Judge
Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

Hon. Walter J. Gex, III
Senior U.S. District Judge
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 714
Gulfport, MS 39501

Hon. Patricia J. Gorence
U.S. Magistrate Judge
264 U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

Hon. F. A. Gossett, III
U.S Magistrate Judge
2210 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Judith C. Herrera
U.S. District Judge
Peter V. Domenici U.S. Courthouse
333 Lomas Blvd., NW
Suite 710
Albuquerque, NM 87102

~~Hon. Kent A. Jordan~~
~~U.S. District Judge~~
~~J. Caleb Boggs Federal Building~~
~~P.O. Box 10~~
~~Wilmington, DE 19801-3570~~

Hon. Robert S. Lasnik
Chief Judge, U.S. District Court
15128 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. Ricardo S. Martinez
U.S. District Judge
13134 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. Terrence F. McVerry
U.S. District Judge
6370 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. J. Frederick Motz
U.S. District Judge
101 West Lombard Street
510 Edward A. Garmatz
Federal Building
& U.S. Courthouse
Baltimore, MD 21201-2690

Hon. William L. Osteen, Sr.
Senior U.S. District Judge
U.S. District Court
P.O. Box 3485
Greensboro, NC 27402-3485

Hon. James A. Parker
Senior U.S. District Judge
P.O. Box 669
Albuquerque, NM 87103

Hon. Sue L. Robinson
Chief Judge, U.S. District Court
J. Caleb Boggs Federal Bldg.
844 North King Street
Lock Box 31
Wilmington, DE 19801-3519

INVOLVED JUDGES LIST (CTO-271) - MDL -875                    Page 2 of 2

Hon. Philip Peter Simon
U.S. District Judge
5400 Federal Plaza
Suite 4200
Hammond, IN 46320

Hon. Walter S. Smith, Jr.
Chief Judge, U.S. District Court
301 Federal Building
800 Franklin Avenue
Waco, TX 76701

~~Hon. J.P. Stadtmueller~~
~~U.S. District Judge~~
~~471 U.S. Courthouse & Federal Bldg.~~
~~517 East Wisconsin Avenue~~
~~Milwaukee, WI 53202~~

Hon. Thomas D. Thalken
U.S Magistrate Judge
United States District Court
Roman L. Hruska United States Courthouse
111 South 18th Plaza, Suite 2271
Omaha, NE 68102

Hon. Lacy H. Thornburg
U.S. District Judge
200 U.S. Courthouse
100 Otis Street
Asheville, NC 28801-2611

Hon. N. Carlton Tilley, Jr.
U.S. District Judge
U.S. District Court
P.O. Box 3443
Greensboro, NC 27402-3443

Hon. Jack B. Weinstein
Senior U.S. District Judge
1420 U. S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

~~Hon. Jay C. Zainey~~
~~U.S. District Judge~~
~~C-455 Hale Boggs Federal Building~~
~~U.S. Courthouse~~
~~500 Poydras Street~~
~~New Orleans, LA 70130~~

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

# INVOLVED CLERKS LIST (CTO-271)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Arlen B. Coyle, Clerk
369 Federal Building
& U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Bruce Rifkin, Clerk
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

Denise Lucks, Clerk
1152 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal Building
& U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Fernando Galindo, Acting Clerk
193 Walter E. Hoffman
U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

Frank G. Johns, Clerk
309 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

Fred Borch, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

Fred Borch, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611-5670

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr.
U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

~~Lawrence Talamo, Clerk~~
~~U.S. District Court~~
~~139 Russell B. Long Federal Building~~
~~777 Florida Street~~
~~Baton Rouge, LA 70801-1712~~

~~Loretta G. Whyte, Clerk~~
~~U.S. District Court~~
~~500 Poydras Street~~
~~Room C-151~~
~~New Orleans, LA 70130~~

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Bldg.
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert M. March, Clerk
U.S. Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Sofron B. Nedilsky, Clerk
362 U.S. Courthouse
& Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

Stephen R. Ludwig, Clerk
101 Federal Building
507 State Street
Hammond, IN 46320

William G. Putnicki, Clerk
20 St. Charles Place
600 Austin Avenue
Waco, TX 76703

William T. Walsh, Clerk
Martin Luther King, Jr.
Fed. Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102