IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BETTY AGEE, Individually and as Representative of the Estate of RICHARD L. AGEE, *et al*, <br><br>　　　　Plaintiffs, <br><br>　　　v. <br><br>FOSTER WHEELER ENERGY CORP., et. al. <br><br>　　　　Defendant | : <br> : C.A. No. 06-668 <br> : <br> : JURY TRIAL DEMANDED <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

### ENTRY OF APPEARANCES

PLEASE ENTER THE APPEARANCE of Attorneys Megan T. Mantzavinos, and Jeffrey S. Marlin as attorneys for Defendant Foster Wheeler Energy Corporation. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant. Defendant specifically reserves the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

　　　　　　　　　　　　　　　　　　/s/*Megan T. Mantzavinos*
　　　　　　　　　　　　　　　　　　MEGAN T. MANTZAVINOS (NO. 3802)
　　　　　　　　　　　　　　　　　　JEFFREY S. MARLIN (NO. 0176)
　　　　　　　　　　　　　　　　　　Marks, O'Neill, O'Brien & Courtney, P.C.
　　　　　　　　　　　　　　　　　　913 Market Street, #800
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　(302) 658-6538
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Foster Wheeler*

DATED: January 17, 2007

DE074093.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BETTY AGEE, Individually and as Representative of the Estate of RICHARD L. AGEE, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> FOSTER WHEELER ENERGY CORP., et. al. <br><br> Defendant | : C.A. No. 06-668 <br> : <br> : JURY TRIAL DEMANDED <br> : |

## CERTIFICATE OF SERVICE

I, hereby certify that on **January 17, 2007,** I electronically filed **Entry of Appearance** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to all Plaintiff's and Defendants.

                         /s/ Megan T. Mantzavinos
                         Megan T. Mantzavinos, Esquire/ID No. 3802
                         Jeffrey S. Marlin, Esquire/ID No. 0176
                         Marks, O'Neill, O'Brien & Courtney, P.C.
                         913 North Market Street, #800
                         Wilmington, DE 19801
                         (302) 658-6538
                         *Attorney for Defendant Foster Wheeler Energy Corporation*