IN THE FEDERAL DISTRICT COURT FOR

FOR THE DISTRICT OF DELAWARE

IN RE:  Asbestos Litigation       :
                                  :
BETTY AGEE, et al                 :   C.A. No.  06-668  SLR

## AMENDMENT TO COMPLAINT
### (Mailing Affidavit)

STATE OF DELAWARE:
NEW CASTLE COUNTY:

On January 26, 2007 appeared before me, David Arndt, Esq. who by me being duly sworn did depose and say that:

1. He is the attorney of record for plaintiffs in the above-captioned case.

2. He did cause to be mailed by registered mail, return receipt requested, to the defendant, a corporation which is not a resident of the State of Delaware, a copy of the return of service of process by the Sheriff of Kent County on the Secretary of State of the State of Delaware, as well as a copy of the Original Complaint and the Notice required under 10 Del.C., Sec 3104:

**Carborundum Company;**
**Brasa, Inc.**

3. He herewith attaches a copy of the Post Office executed acknowledgment of receipt from the addressee.

JACOBS & CRUMPLAR, P.A.
By: /s/ David A. Arndt
David A. Arndt, DE3925
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899
(302) 656-5445
Attorney for Plaintiffs

SWORN TO AND SUBSCRIBED before me this 26th day of January 2007.

SHEILA MARIE GLADSTONE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 24, 2007

S:\wp70\Asbestos Case Folders\Referral Cases - Keahey\FEDERAL Court Case\Pleadings\Mailng Aff fld 12607.doc

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Carborundum Company
   c/o CT Corporation System
   111 8th Avenue
   New York, NY 10011

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Paula Kash_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): PAULA KASH
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   JAN 15 2007

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): RC 015 326 715 US   PH/AGEE

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Brasa, Inc.
   160 E. 300 South
   2nd Floor
   Salt Lake City, Utah 84114-6705

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X RECEIVED ☐ Agent ☐ Addressee

B. Received by (Printed Name)
   JAN 16 2007
   STATE MAIL
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   JAN 22 2007

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): RC 015 327 786 US   PH/AGEE
   KEANEY

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540