**JACOBS & CRUMPLAR, P.A.**
**ATTORNEYS AT LAW**
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899
(302) 656-5445

February 20, 2007

United States District Court for the District of Delaware
Room 4209
844 North King Street
Lock Box 18
Wilmington, Delaware 19801

**RE: Agee v. A.W. Chesterton**

To Whom It May Concern:

    Please reissue Alias Summons to Defendants Scapa Group, Inc. (Voight); USX Corporation; and Crown, Cork and Seal Company, Inc. due to inability to perfect service to date.

                          Respectfully submitted,

                          /s/Thomas C. Crumplar
                          Thomas C. Crumplar  DE #0942

S:\wp70\Asbestos Case Folders\Referral Cases - Keahey\FEDERAL Court Case\Letters\Prae Ltr RE Alias Summ.doc