AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The _____ District of _____ Delaware _____

BETTY AGEE, Individually and as
Representative of the Estate of
RICHARD L. AGEE, et al.
            Plaintiffs,
V.

A.W. Chesterton, et al.
            Defendants.

ALIAS
SUMMONS IN A CIVIL CASE

CASE NUMBER:

06-668 SLR

TO: (Name and address of Defendant)

    Scapa Group, Inc. (Voight)
    c/o Registered Agent: Russell Nauss
    5400 Glenwood Avenue
    Raleigh, NC 27612

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Robert Jacobs, Esquire
    2 East 7th Street, P.O. Box 1271
    Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO             FEB 2 0 2007

CLERK                                   DATE

_[signature]_
(By) DEPUTY CLERK

&AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2/23/07 @ 4:16 pm |
| NAME OF SERVER (PRINT) ROBERT DELACY, III | TITLE SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED HARRIET WINDSOR, DELAWARE SECRETARY OF STATE.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/23/07
             Date

*Signature of Server*

D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE  19809
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT

CASE NO.: 06-668 SLR

AFFIDAVIT OF SERVICE

BETTY AGEE, INDIVIDUALLY AND
AS REPRESENTATIVE OF THE
ESTATE OF RICHARD L. AGEE, ET
AL

      Plaintiff/Petitioner,

vs.

A. W. CHESTERTON, ET AL

      Defendant/Respondent.
_____/

Received by **D.M. Professional Services, Inc.** on **02/26/2007** at **01:16 PM** to be served upon:

**SCAPA GROUP, INC., (VOIGHT)**

**DELAWARE**
**NEW CASTLE, KENT, SUSSEX**   **ss.**

I, ROBERT DELACY, III, depose and say that:

On **02/23/2007** at **04:16 PM**, I served the within **ALIAS SUMMONS AND COMPLAINT** on **SCAPA GROUP, INC., (VOIGHT)** at **C/O DELAWARE SECRETARY OF STATE 401 FEDERAL ST, Dover, DE 19901** in the manner indicated below:

Served the within ALIAS SUMMONS AND COMPLAINT on **02/23/2007** Personally upon Harriet Windsor, Secretary Of State of the state of Delaware by leaving her a true and correct copy of said ALIAS SUMMONS AND COMPLAINT for defendant, SCAPA GROUP, INC., (VOIGHT), together with the sum of $2.00 as prescribed by section 3104 of title 10 of the Delaware code of 1978.

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was execute on this _____ day of _____, 20___.

Sworn to and subscribed before me on this
____ day of _____ 20 __
by an affiant who is personally known to
me or produced identification

_____
NOTARY PUBLIC

X_____
ROBERT DELACY, III
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE  19809

800.966.3624
Law Firm: **JACOBS &CRUMPLAR**
Atty File#:  - Our File# 12770