AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The _____ District of _____ Delaware

BETTY AGEE, Individually and as
Representative of the Estate of
RICHARD L. AGEE, et al.
             Plaintiffs,
V.

A.W. Chesterton, et al.
             Defendants.

ALIAS
SUMMONS IN A CIVIL CASE

CASE NUMBER:

06-668 SLR

TO: (Name and address of Defendant)

    USX Corporation as successor-in-interest to United States Steel, LLC, f/k/a
    Tennessee Coal and Iron
    c/o Prentice Hall Corporation
    33 North Lasalle Street
    Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Jacobs, Esquire
2 East 7th Street, P.O. Box 1271
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

FEB 2 0 2007

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | 2/23/07 @ 4:16 pm |
| NAME OF SERVER (PRINT) ROBERT DELACY, III | TITLE | SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED HARRIET WINDSOR, DELAWARE SECRETARY OF STATE

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/23/07
             Date

Signature of Server

D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE  19809
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT

CASE NO.: 06-668 SLR

AFFIDAVIT OF SERVICE

BETTY AGEE, INDIVIDUALLY AND
AS REPRESENTATIVE OF THE
ESTATE OF RICHARD L. AGEE, ET
AL

    Plaintiff/Petitioner,

vs.

A. W. CHESTERTON, ET AL

    Defendant/Respondent.

_____/

Received by **D.M. Professional Services, Inc.** on **02/26/2007** at **01:16 PM** to be served upon:

**USX CORPORATION AS SUCCESSOR IN INTEREST TO UNITED STATES STEEL, LLC, fka TENNESSEE COAL AND IRON**

DELAWARE
NEW CASTLE, KENT, SUSSEX    ss.

I, ROBERT DELACY, III, depose and say that:

On 02/23/2007 at 04:16 PM, I served the within **ALIAS SUMMONS AND COMPLAINT** on USX CORPORATION AS SUCCESSOR IN INTEREST TO UNITED STATES STEEL, LLC, fka TENNESSEE COAL AND IRON at C/O DELAWARE SECRETARY OF STATE 401 FEDERAL ST, Dover, DE 19901 in the manner indicated below:

Served the within ALIAS SUMMONS AND COMPLAINT on **02/23/2007** Personally upon Harriet Windsor, Secretary Of State of the state of Delaware by leaving her a true and correct copy of said ALIAS SUMMONS AND COMPLAINT for defendant, USX CORPORATION AS SUCCESSOR IN INTEREST TO UNITED STATES STEEL, LLC, fka TENNESSEE COAL AND IRON, together with the sum of $2.00 as prescribed by section 3104 of title 10 of the Delaware code of 1978.

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was execute on this ____ day of _____, 20__.

Sworn to and subscribed before me on this ____ day of _____, 20 07
by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC

X_____
ROBERT DELACY, III
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE  19809

800.966.3624
Law Firm: JACOBS &CRUMPLAR
Atty File#:  - Our File# 12771