IN THE FEDERAL DISTRICT COURT FOR

FOR THE DISTRICT OF DELAWARE

IN RE:  Asbestos Litigation      :
                                 :
BETTY AGEE, et al                :     C.A. No.  06-668  SLR

<u>AMENDMENT TO COMPLAINT</u>
(Mailing Affidavit)

STATE OF DELAWARE:
NEW CASTLE COUNTY:

On March 26, 2007 appeared before me, David Arndt, Esq. who by me being duly sworn did depose and say that:

1. He is the attorney of record for plaintiffs in the above-captioned case.

2. He did cause to be mailed by registered mail, return receipt requested, to the defendant, a corporation which is not a resident of the State of Delaware, a copy of the return of service of process by the Sheriff of Kent County on the Secretary of State of the State of Delaware, as well as a copy of the Original Complaint and the Notice required under 10 <u>Del.C.</u>, Sec 3104:

**Brasa, Inc.**

3. He herewith attaches a copy of the Post Office executed acknowledgment of receipt from the addressee.

JACOBS & CRUMPLAR, P.A.

By: /s/ David A. Arndt
David A. Arndt, DE3925
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899
(302) 656-5445
Attorney for Plaintiffs

SWORN TO AND SUBSCRIBED before me this 26th day of March, 2007

NOTARY

SHEILA MARIE GLADSTONE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 24, 2007

```
S:\wp70\Asbestos Case Folders\Referral Cases - Keahey\FEDERAL Court Case\Pleadings\Mailng Aff fld
32607.doc
```



| Francine Giani<br>*Executive Director*<br>Department of Commerce | Jon M. Huntsman, Jr.<br>*Governor*<br>State of Utah | Kathy Berg<br>*Director*<br>Division of Corporations<br>& Commercial Code |



# RETURN OF SERVICE

March 2, 2007

CIVIL ACTION NO.  06-668 SLR

JUDGE:

The Utah Division of Corporations and Commercial Code hereby certifies that it received this Notice of Jury Trial Demand on February 26, 2007 and that it mailed same on March 2, 2007 by certified mail to the defendant at the address below.

KATHY BERG
Division Director

**DEFENDANT**/Address

BRASA INC
% LYNN C ROWE
2660 E BRIDGEPORT AVE
SALT LAKE CITY UT  84121



Heber Wells Bldg., 160 East 300 South, Box 146705, Salt Lake City, UT 84114-6705 • telephone (801) 530-4849• Utah toll free (877) 526-3994
• facsimile (801) 530-6438 • ww.commerce.utah.gov