## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

March 20, 2007

VIA UPS DELIVERY
Michael E. Kunz, Clerk
United States District Court
Eastern District of Pennsylvania
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797

          *Re: Delaware Civ. No. 1:06-668-SLR;*
          *Betty Agee, et al. v. A.W. Chesterton, et al.*

Dear Clerk Kunz:

In accordance with the Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation filed in the above referenced civil case (D.I. 56), I am transferring Delaware Civ. No. 1:06-668-SLR to the U.S. District Court for the Eastern District of Pennsylvania. Please find enclosed a certified copy of docket sheet.

Please note that this court began electronic filing as of March 1, 2005 thus all docket items filed in this case are available electronically on CM/ECF.

Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to me in the enclosed, self-addressed, envelope.

                            Sincerely,

                            Peter T. Dalleo, Clerk

Page 2

By: /s/ Rosanna L. Dillo
Deputy Clerk

Enclosures

cc: The Honorable Sue L. Robinson
R. Jacobs, Esq.
M. Donelson, Esq.
M. Duggan, Esq.
R. Beste, III, Esq.
J. Parshall, Esq.