IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BETTY AGEE, Individually and as Representative of the Estate of RICHARD L. AGEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> A.W. CHESTERTON, et al., <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 06-668-SLR ) ) ) ) ) ) |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW THE APPEARANCE of Paul A. Bradley and the firm of Maron & Marvel as attorneys for Defendant A.W. Chesterton.

PLEASE ENTER THE APPEARANCE of Donald E. Reid and Amaryah K. Bocchino as attorneys for Defendant A.W. Chesterton.

MARON MARVEL BRADLEY & ANDERSON, P.A.

/s/Paul A. Bradley, Esquire
Paul A. Bradley, Esquire (#2156)
1201 North Market Street
Suite 900
P.O. Box 288
Wilmington, DE 19801
(302) 658-6538

August 29, 2008
2466653v1

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/Donald E. Reid, Esquire
Donald E. Reid, Esquire (#1058)
Amaryah K. Bocchino (#4879)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19801
(302) 351-9219

## CERTIFICATE OF SERVICE

I, Donald E. Reid, hereby certify that on the 29th day of August, 2008, a Substitution of Counsel was electronically filed using CM/ECF which will send notification of such filing to all counsel of record:

_/s/ Donald E. Reid_
Donald E. Reid (#1058)